MAUND *et al. v.* MAUND *et al.*

Where a will was proved in common form and the executors thereafter filed in the superior court a petition for leave to sell certain lands of the testator for the purpose of paying his indebtedness, there was no error in sustaining a demurrer to an answer to the executor's petition, filed by certain heirs of the testator, the answer alleging, in substance, that the deceased had died intestate and that the paper alleged to be his will had never been admitted to probate in solemn form. The executors had the right to proceed, after the probate in common form, with the due administration of the estate, and the issue of *devisavit vel non* could not be thus collaterally raised. *Judgment affirmed.*

April 9, 1894. Argued at the last term.

Petition. Before Judge Butt. Talbot superior court. March term, 1893.

J. H. Worrill and Thornton & McMichael, for plaintiffs in error.